UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

ELECTRONICALLY FILED

| | | |
|---|---|---|
| NANCY KINDER, individually and on behalf of all others similarly situated, | ) ) ) | |
| PLAINTIFF | ) ) | Case No.  5:11-cv-00234 |
| v. | ) ) ) | |
| CENTRAL BANK AND TRUST COMPANY, | ) ) | |
| DEFENDANT | ) ) | |

## REPORT OF THE PARTIES CONCERNING SETTLEMENT

Pursuant to the Court's order of November 23, 2011, Plaintiff, Nancy Kinder, and Defendant, Central Bank, submit this report of the parties concerning the status of settlement discussions.  The parties have exchanged initial disclosures and believe there is a reasonable cpossibility they will be able to settle this matter after the upcoming holidays.  The parties do not believe that court-assisted mediation is necessary at this time.

Dated:  December 22, 2011            Respectfully submitted,

| | |
|---|---|
| /s/ Geoffrey Bestor<br>2701 Calvert Street, NW #1121<br>Washington, D.C.  20008<br>Tel.:   (240) 463-8503<br>Fax:    (866) 515-4989<br><br>Counsel for Nancy Kinder | /s/ Barry D. Hunter<br>Paul E. Sullivan<br>Barry D. Hunter<br>Rebekah G. Ballard<br>FROST BROWN TODD LLC<br>250 West Main Street, Suite 2800<br>Lexington, Kentucky  40507<br>(859) 244-7591 (direct)<br>(859) 231-0011 (facsimile)<br><br>Counsel for Central Bank & Trust Co. |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to the Barry D. Hunter, counsel for Defendant.

/s/ Geoffrey Bestor
Counsel for Plaintiff